**MICHAELS LAW GROUP, APLC**
A Professional Law Corporation
Jonathan A. Michaels, Esq. – State Bar No. 180455
Kathryn J. Harvey, Esq. – State Bar No. 241029
2801 W. Coast Highway, Suite 370
Newport Beach, CA 92663
Telephone: (949) 581-6900
Facsimile: (949) 581-6908
(jmichaels@michaelslawgroup.com)
(kharvey@michaelslawgroup.com)

Attorneys for Plaintiffs,
Groth-Hill Land Company, LLC, Robin Hill, Joseph Hill and Crown Chevrolet

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC, a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation;<br><br>                    Plaintiffs,<br><br>          vs.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company; ALLY FINANCIAL INC., a Delaware corporation as the successor-in-interest to GMAC Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>                    Defendants. | Case No.:  C-13-01362 TEH<br><br>**ORDER GRANTING:**<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE FOR MOTIONS TO DISMISS**<br><br>**AND**<br><br>**STIPULATION TO CONSOLIDATE PLAINTIFFS' OPPOSITIONS TO DEFENDANTS' MOTIONS TO DISMISS AND SUSPEND RULE 7-4(b)**<br><br>Action Removed: March 26, 2013<br><br>Hearing Date:    May 20, 2013<br>Time:                  10:00 a.m.<br><br>Courtroom 2, 17th Floor<br>Hon. Thelton E. Henderson |

**ORDER**

After considering the Stipulation to Modify Briefing Schedule and Stipulation to Consolidate Plaintiffs' Oppositions to Defendants' Motions to Dismiss and to Suspend Rule 7-4(b), and for good cause appearing therefor:

**IT IS SO ORDERED** that:

i) Plaintiffs' Opposition to the three Motions to Dismiss filed by Defendants shall be filed on or before April 23, 2013;

ii) Plaintiffs shall file one consolidated Opposition to the three Motions to Dismiss not to exceed forty (40) pages; and

iii) Defendants' Reply briefs to Plaintiffs' Opposition to Motion to Dismiss shall be filed on or before May 6, 2013.

Dated: 04/15/2013    By: Hon. _____



Judge Thelton E. Henderson