1  DUANE M. GECK (State Bar No. 114823)
   DONALD H. CRAM (State Bar No. 160004)
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   Ally Financial Inc. and Kevin Wrate

7

8
                    UNITED STATES DISTRICT COURT
9
        NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION
10

11

12 | GROTH-HILL LAND COMPANY, LLC, a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation, | Case No. C-13-01362 TEH
13 | | [~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ADMINISTRATIVE RELIEF – RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**
14 | |
15 |   Plaintiffs, | **IT IS SO ORDERED AS MODIFIED**
   | | Date:         No hearing pending
16 |   vs. | Time:
   | | Courtroom:    2, 17th Floor
17 | GENERAL MOTORS, LLC, a Delaware limited liability company; ALLY FINANCIAL INC., a Delaware corporation as the successor-in-interest to GMAC Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive, |               450 Golden Gate Avenue
18 | |               San Francisco, CA 94102
19 | | Judge:        Hon. Thelton E. Henderson
20 | | Action Removed: March 26, 2013
21 | |
22 | |
23 | |
24 |   Defendants. |

25

26

27

28

07462.0383/2772951.1

1  The hearing on Defendants' joint motion for administrative relief seeking an order
2 rescheduling the Initial Case Management Conference currently scheduled for July 8, 2013 was
3 considered by the Honorable Thelton E. Henderson, United States District Court Judge for the
4 Northern District of California.

5  The Court, having reviewed the joint motion for administrative relief, the supporting
6 memorandum of points and authorities, the declaration in support and the other pleadings on file
7 in this action, and for

8  GOOD CAUSE APPEARING, THEREFORE,

9  IT IS HEREBY ORDERED that:

10  1.  Defendants' joint motion for administrative relief is granted.

11  2.  The Initial Case Management Conference currently schedule for July 8, 2013 is
12 rescheduled to take place on ~~October ___, 2013~~ August 26, 2013 at 1:30 p.m. in Courtroom 12, 19th Floor.

15 DATED: 06/26/2013



IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

07462.0383/2772951.1

2

PROPOSED ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
CASE NO. C-13-01362 TEH