1  DUANE M. GECK (State Bar No. 114823)
   DONALD H. CRAM (State Bar No. 160004)
2  ANDREW S. ELLIOTT (State Bar No. 254757)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6  Attorneys for Defendants
   Ally Financial Inc. and Kevin Wrate

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC, a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company; ALLY FINANCIAL INC., a Delaware corporation as the successor-in-interest to GMAC Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C-13-01362 TEH<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR ADMINISTRATIVE RELIEF – RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE**<br>**IT IS SO ORDERED AS MODIFIED**<br>Date:        No hearing pending<br>Time:<br>Courtroom:   2, 17th Floor<br>             450 Golden Gate Avenue<br>             San Francisco, CA 94102<br><br>Judge:       Hon. Thelton E. Henderson<br><br>Action Removed: March 26, 2013 |

07462.0383/2772951.1

1  The hearing on Defendants' joint motion for administrative relief seeking an order
2  rescheduling the Initial Case Management Conference currently scheduled for July 8, 2013 was
3  considered by the Honorable Thelton E. Henderson, United States District Court Judge for the
4  Northern District of California.
5  The Court, having reviewed the joint motion for administrative relief, the supporting
6  memorandum of points and authorities, the declaration in support and the other pleadings on file
7  in this action, and for
8  GOOD CAUSE APPEARING, THEREFORE,
9  IT IS HEREBY ORDERED that:
10  1.  Defendants' joint motion for administrative relief is granted.
11  2.  The Initial Case Management Conference currently schedule for July 8, 2013 is
12  rescheduled to take place on ~~October ___, 2013~~ August 26, 2013 at 1:30 p.m. in Courtroom 12, 19th Floor.

15  DATED: 06/26/2013



_____
Hon. Thelton E. Henderson
United States District Court Judge

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

07462.0383/2772951.1                                2
                              PROPOSED ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF
                                                            CASE NO. C-13-01362 TEH