GREGORY R. OXFORD (State Bar No. 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Blvd, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile:  (310) 316-1330
Attorneys for Defendants
General Motors LLC, Randy Parker
and James Gentry

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC., a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; and JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; ALLY FINANCIAL, INC., a Delaware corporation who is successor-in-interest to GMAC, Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 13 1362 TEH<br><br>**STIPULATION AND ORDER RE CONTINUANCE OF MANDATORY SCHEDULING CONFERENCE**<br><br>Current Date:   August 26, 2013<br>Time:                 1:30 p.m.<br><br>Courtroom 2<br>Hon. Thelton E. Henderson |

Whereas, the initial Case Management Conference in this action is presently set on August 26, 2013 at 1:30 p.m.;

1

*Stipulation for Continuance of Case Management Conference – Case No. C 13 1362 TEH*

1  Whereas, the Court in granting defendants' motion to dismiss plaintiffs' First Amended Case has given plaintiffs leave to file a Second Amended Complaint no later than August 16, 2013;

4  Whereas, plaintiffs presently intend to file a Second Amended Complaint and defendants anticipate filing a motion to dismiss within fourteen days thereafter, no later than August 30, 2013, and intend to set the hearing thereon on October 7, 2013;

7  Whereas, the parties agree that a Case Management Conference would be premature until such time as the Court rules on defendants' anticipated motions to dismiss and the case is either dismissed or is at issue between the parties,

10  IT IS HEREBY STIPULATED, by and among plaintiffs and defendants, by and through their undersigned counsel of record, that the Case Management Conference may be continued to November 25, 2013 (approximately 45 days after the anticipated hearing on defendants' motions to dismiss) at 1:30 p.m. or on such other date and time as may be convenient to the Court's calendar.

Dated: August 5, 2013            MICHAELS LAW GROUP, P.C.

                                 By:  *Kathryn J. Harvey*
                                      Kathryn J. Harvey
                                 Attorneys for Plaintiffs Groth-Hill Land
                                 Company LLC, Robin Hill and Joseph Hill

Dated: August 5, 2013            SEVERSON & WERSON, P.C.

                                 By:  *Donald H. Cram*
                                      Donald H. Cram
                                 Attorneys for Defendants
                                 Ally Financial and Kevin Wrate

Dated: August 5, 2013            MICHELMAN & ROBINSON, LLP

                                 By:  *David C. Lee*
                                      David C. Lee
                                 Attorneys for Defendants
                                 California Automotive Retailing Group, Inc.
                                 and Inder Dosanjh

Dated: August 5, 2013                ISAACS CLOUSE CROSE & OXFORD LLP

By: *Gregory R. Oxford*
Gregory R. Oxford
Attorneys for Defendants
General Motors LLC, Randy Parker
and James Gentry

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.  The Case Management Conference is continued to ____November 25__, 2013 at 1:30 p.m.

Dated: August _7_, 2013                _____
                                                                                         t Judge
                                                                        Judge Thelton E. Henderson

3

*Stipulation for Continuance of Case Management Conference – Case No. C 13 1362 TEH*