IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROTH-HILL LAND COMPANY, LLC, et al.,

Plaintiffs,

v.

GENERAL MOTORS, LLC, et al.,

Defendants.

NO. C13-1362 TEH

ORDER TO APPEAR AT SEPTEMBER 16, 2013 HEARING

This matter is currently scheduled for a September 16, 2013 hearing on the Michaels Law Group's motion to withdraw as counsel for Plaintiffs Groth-Hill Land Company, LLC, Robin Hill, and Joseph Hill ("Groth Plaintiffs"). IT IS HEREBY ORDERED that Robin Hill and Joseph Hill shall personally appear at the hearing, which will take place at 10:00 AM in Courtroom No. 2, 450 Golden Gate Avenue, San Francisco, California. The Hills are advised that all persons must show government-issued photo identification and pass through security to enter the building.

If Robin Hill and Joseph Hill do not personally appear, then this Court will grant the Michaels Law Group's motion to withdraw as unopposed, and the Court will also dismiss the Groth Plaintiffs' claims from this case without prejudice. This means that the Groth-Hill Land Company, LLC, Robin Hill, and Joseph Hill would recover nothing in this lawsuit.

The Michaels Law Group shall serve a copy of this order on the Groth Plaintiffs and file a proof of service on or before **August 30, 2013**.

IT IS FURTHER ORDERED that Defendants, who do not oppose the motion to withdraw, need not appear at the hearing.

**IT IS SO ORDERED.**

Dated: 08/26/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT

2