1  **MICHAELS LAW GROUP, APLC**
   A Professional Law Corporation
2  Jonathan A. Michaels, Esq. – State Bar No. 180455
   Kathryn J. Harvey, Esq. – State Bar No. 241029
3  2801 W. Coast Highway, Suite 370
   Newport Beach, CA 92663
4  Telephone: (949) 581-6900
   Facsimile: (949) 581-6908
5  (jmichaels@michaelslawgroup.com)
   (kharvey@michaelslawgroup.com)
6
7  Attorneys for Plaintiffs,
   Groth-Hill Land Company, LLC, Robin Hill, Joseph Hill and Crown Chevrolet
8
9              UNITED STATES DISTRICT COURT
10   NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  GROTH-HILL LAND COMPANY, LLC, a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS, LLC, a Delaware limited liability company; ALLY FINANCIAL INC., a Delaware corporation as the successor-in-interest to GMAC Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No.:  C-13-01362 TEH<br><br>[~~PROPOSED~~] ORDER:<br><br>(1) DISMISSING CERTAIN CLAIMS OF PLAINTIFFS ROBIN HILL, JOSEPH HILL AND GROTH-HILL LAND COMPANY, LLC WITH PREJUDICE AND CERTAIN CLAIMS OF SAID PLAINTIFFS WITHOUT PREJUDICE<br><br>(2) GRANTING MICHAELS LAW GROUP'S MOTION TO BE RELIEVED AS COUNSEL OF RECORD FOR PLAINTIFFS GROTH-HILL LAND COMPANY, LLC, ROBIN HILL AND JOSEPH HILL<br><br>Action Removed: March 26, 2013<br><br>Hearing Date:  September 16, 2013<br>Time:           10:00 a.m.<br>Courtroom:    2, 17th Floor<br>                450 Golden Gate Avenue<br>                San Francisco, CA 94102<br><br>Hon. Thelton E. Henderson |

On September 16, 2013, at or about 10:00 a.m., in Courtroom 2, 17th Floor of the United States District Court, Northern District of California, San Francisco Division, located at 450 Golden Gate Avenue, San Francisco, California 94102, the Honorable Thelton E. Henderson heard Michaels Law Group, APLC, Jonathan A. Michaels, Esq. and Kathryn J. Harvey, Esq.'s Motion to be Relieved as Counsel for Plaintiffs Groth-Hill Land Company, LLC, Robin Hill and Joseph Hill (the "Groth Plaintiffs").  Kathryn Harvey, Esq. appeared on behalf of Michaels Law Group, APLC.  Robin Hill and Joseph Hill appeared on behalf of themselves and the Groth-Hill Land Company, LLC.  Gregory Oxford, Esq. appeared on behalf of Defendants General Motors, LLC, Randy Parker and James Gentry.  Andrew Elliott, Esq. appeared on behalf of Defendants Ally Financial Inc. and Kevin Wrate.  Ilse Scott, Esq. appeared on behalf of Defendants California Automotive Retailing Group, Inc. and Inder Dosanjh.

Whereas, after consultation between counsel for the parties, with the full authority and agreement of their respective clients, the parties have stipulated and agreed to the resolution and dismissal of all of the Groth Plaintiffs' claims in this action, some with prejudice and some without prejudice as detailed below, in exchange for a waiver by all defendants of any and all claims for costs against the Groth Plaintiffs, and

Whereas, defendants and the Groth Plaintiffs do not oppose the Motion To Be Relieved as Counsel filed by Michaels Law Group APLC, Jonathan A. Michaels, Esq. and Kathryn J. Harvey, Esq. ("Motion To Be Relieved as Counsel");

IT IS ORDERED THAT:

1. The Groth Plaintiffs' causes of action are DISMISSED pursuant to the parties' agreement as follows:

<u>Fifth Cause of Action</u>:  dismissed *with prejudice* as to all Defendants.

<u>Sixth Cause of Action</u>: dismissed *with prejudice* as to Defendants Ally Financial, Inc. and Kevin Wrate; dismissed *without prejudice* as to Defendants California Automotive Retailing Group, Inc., Inder Dosanjh, General Motors LLC, Randy Parker and James Gentry.

1
2     Seventh Cause of Action: dismissed *with prejudice* as to all Defendants.
3     Eighth Cause of Action:  dismissed *without prejudice* as to all Defendants.
4     Ninth Cause of Action:  dismissed *with prejudice* as to all Defendants.
5     Tenth Cause of Action:  dismissed *with prejudice* as to all Defendants.
6     2.     The Motion To Be Relieved as Counsel is hereby GRANTED.
7     3.     All parties will be responsible for their own costs.
8
9
10    Dated: 09/18/2013            
11                                 _____
                                   HON. THELTON E. HENDERSON
12                                 UNITED STATES DISTRICT JUDGE