IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GROTH-HILL LAND COMPANY, LLC, et al.,

    Plaintiffs,

v.

GENERAL MOTORS LLC, et al.,

    Defendants.

NO. C13-1362 TEH

<u>ORDER SETTING DEADLINE FOR FILING AN AMENDED COMPLAINT</u>

On August 14, 2013, this Court extended the time for Plaintiffs to file a second amended complaint pending resolution of Michaels Law Group's motion to withdraw as counsel for Plaintiffs Groth-Hill Land Company, LLC, Robin Hill and Joseph Hill (the "Groth-Hill Plaintiffs"). On September 18, 2013, this Court granted Michaels Law Group's motion to withdraw and also dismissed the claims of the Groth-Hill Plaintiffs, some with prejudice, and others without prejudice. With the withdrawal motion now resolved, any amended complaint shall be filed on or before **October 2, 2013**.

**IT IS SO ORDERED.**

Dated: 9/18/13

THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT