1  GREGORY R. OXFORD (State Bar No. 62333)
   ISAACS CLOUSE CROSE & OXFORD LLP
2  21515 Hawthorne Blvd, Suite 950
   Torrance, California 90503
3  Telephone: (310) 316-1990
   Facsimile: (310) 316-1330
4  Attorneys for Defendants
   Randy Parker and James Gentry

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC., a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; and JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; ALLY FINANCIAL, INC., a Delaware corporation who is successor-in-interest to GMAC, Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 13 1362 TEH<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date: November 25, 2013<br>Time: 1:30 p.m.<br><br>Proposed Date: ~~January 20, 2014~~<br>1:30 p.m.<br><br>Courtroom 2<br>Hon. Thelton E. Henderson<br><br>IT IS SO ORDERED AS MODIFIED |

**WHEREAS**, the Court on August 7, 2013, pursuant to the parties' stipulation, continued the Case Management Conference herein to November 25, 2013 at 1:30 p.m.;

1

*Stipulation for Continuance of Case Management Conference – Case No. C 13 1362 TEH*

1  **WHEREAS**, plaintiff Crown Chevrolet filed a Second Amended Complaint on October 2, 2013, and all defendants have filed motions to dismiss that presently are set for hearing on December 2, 2013;

**WHEREAS**, the parties by separate Stipulation and Proposed Order have requested that the hearing on defendants' motions to dismiss be continued to December 16, 2013, in order to accommodate a trial conflict of plaintiff's counsel;

**WHEREAS**, the parties agree that holding a Case Management Conference in this matter while the motions to dismiss are pending hearing would (1) be premature in that the case is not yet at issue and (2) potentially require unnecessary expenditure of the Court's and their own time and resources if the motions to dismiss were to be granted,

**IT IS HEREBY STIPULATED**, by and among plaintiff and defendants, by and through their undersigned counsel, that the Court may issue its order continuing the Case Management Conference presently set for November 25, 2013 to January 20, 2013 at 1:30 p.m., or such other time as may be convenient to the Court's calendar.

Dated: October 29, 2013          MICHAELS LAW GROUP, P.C.

                                 By: _Kathryn J. Harvey_
                                     Kathryn J. Harvey
                                 Attorneys for Plaintiff Crown Chevrolet

Dated: October 29, 2013          SEVERSON & WERSON, P.C.

                                 By: _Donald H. Cram_
                                     Donald H. Cram
                                 Attorneys for Defendants
                                 Ally Financial and Kevin Wrate

Dated: October 29, 2013          ISAACS CLOUSE CROSE & OXFORD LLP

                                 By: _Gregory R. Oxford_
                                     Gregory R. Oxford
                                 Attorneys for Defendants
                                 Randy Parker and James Gentry

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management Conference is continued to _____January 27_____, 2014 at 1:30 p.m.

Dated: ~~August __, 2013~~   10/30/2013

_____
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Thelton E. Henderson

*Stipulation for Continuance of Case Management Conference – Case No. C 13 1362 TEH*