1  **MICHAELS LAW GROUP, APLC**
   A Professional Law Corporation
2  Jonathan A. Michaels, Esq. – State Bar No. 180455
   Kathryn J. Harvey, Esq. – State Bar No. 241029
3  2801 W. Coast Highway, Suite 370
   Newport Beach, CA 92663
4  Telephone: (949) 581-6900
   Facsimile: (949) 581-6908
5  (jmichaels@michaelslawgroup.com)
   (kharvey@michaelslawgroup.com)
6
7  Attorneys for Plaintiffs,
   Groth-Hill Land Company, LLC, Robin Hill, Joseph Hill and Crown Chevrolet
8
9                  **UNITED STATES DISTRICT COURT**
10                 **NORTHERN DISTRICT OF CALIFORNIA**
11                    **SAN FRANCISCO DIVISION**
12

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC, a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL MOTORS, LLC, a Delaware limited liability company; ALLY FINANCIAL INC., a Delaware corporation as the successor-in-interest to GMAC Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive, <br><br> Defendants. | Case No.: C-13-01362 TEH <br><br> **ORDER GRANTING:** <br><br> **STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE FOR MOTIONS TO DISMISS** <br><br> **AND** <br><br> **STIPULATION TO CONSOLIDATE PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS AND SUSPEND RULE 7-4(b)** <br><br> Action Removed: March 26, 2013 <br><br> Hearing Date:   December 2, 2013 <br> Time:                10:00 a.m. <br><br> Courtroom 2, 17th Floor <br> Hon. Thelton E. Henderson |

1

**ORDER GRANTING STIPULATION TO MODIFY BRIEFING SCHEDULE AND HEARING DATE – CASE NO. C-13-01362 TEH**

1  **ORDER**

2  After considering the Stipulation to Modify Briefing Schedule and Hearing Date
3  and Stipulation to Consolidate Plaintiff's Oppositions to Defendants' Motions to Dismiss and to
4  Suspend Rule 7-4(b), and for good cause appearing therefor:

6  **IT IS SO ORDERED** that:

7  i) Plaintiff's Opposition to the two Motions to Dismiss filed by Defendants
8  shall be filed on or before November 15, 2013;

9  ii) Plaintiffs shall file one consolidated Opposition to the two Motions to
10  Dismiss not to exceed thirty-five (35) pages;

11  iii) Defendants' Reply briefs to Plaintiff's Opposition to the Motions to
12  Dismiss shall be filed on or before November 27, 2013; and

13  iv) The hearing for Defendants' Motions to Dismiss shall be held on
14  December 16, 2013, at 10:00 a.m., in Courtroom 2.

Dated: 10/30/2013          By: 
                                Hon. Thelton E. Henderson