GREGORY R. OXFORD (State Bar No. 62333)
ISAACS CLOUSE CROSE & OXFORD LLP
21515 Hawthorne Blvd, Suite 950
Torrance, California 90503
Telephone:  (310) 316-1990
Facsimile:  (310) 316-1330
Attorneys for Defendants
Randy Parker and James Gentry

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| GROTH-HILL LAND COMPANY, LLC., a California limited liability company; ROBIN HILL, an individual a/k/a Robin Groth a/k/a Robin Groth-Hill; and JOSEPH HILL, an individual; and CROWN CHEVROLET, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GENERAL MOTORS LLC, a Delaware limited liability company; ALLY FINANCIAL, INC., a Delaware corporation who is successor-in-interest to GMAC, Inc., GMAC Financial Services LLC, GMAC LLC and General Motors Acceptance Corporation; RANDY PARKER, an individual; JAMES GENTRY, an individual; KEVIN WRATE, an individual; INDER DOSANJH, an individual; CALIFORNIA AUTOMOTIVE RETAILING GROUP, INC., a Delaware Corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. C 13 1362 TEH<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Current Date:   January 27, 2014<br>Time:                 1:30 p.m.<br><br>Proposed Date:  February 24, 2014<br>                              1:30 p.m.<br><br>Courtroom 2<br>Hon. Thelton E. Henderson |

**WHEREAS**, the Court on October 31, 2013, pursuant to the parties' stipulation, continued the Case Management Conference herein to January 27, 2014 at 1:30 p.m.;

**WHEREAS**, plaintiff Crown Chevrolet filed a Second Amended Complaint on October 2, 2013, and all remaining defendants have filed motions to dismiss that were set for hearing on December 16, 2013;

**WHEREAS**, on December 10, 2013, the Court on its own motion continued the hearing on defendants' motions to dismiss to January 13, 2014;

**WHEREAS**, the parties agree that scheduling a Case Management Conference in this matter while the motions to dismiss are pending hearing would (1) be premature in that the case will not be at issue on January 27, 2014 regardless of the Court's ruling on the motions; and (2) potentially require unnecessary expenditure of the Court's and their own time and resources if the motions to dismiss were to be granted,

**IT IS HEREBY STIPULATED**, by and among plaintiff and all remaining defendants, by and through their undersigned counsel, that the Court may issue its order continuing the Case Management Conference presently set for January 27, 2013 to February 24, 2014 at 1:30 p.m., or such other time thereafter as may be convenient to the Court's calendar.

Dated: December 17, 2013     MICHAELS LAW GROUP, P.C.

By: _Kathryn J. Harvey_
Kathryn J. Harvey
Attorneys for Plaintiff Crown Chevrolet

Dated: December 17, 2013     SEVERSON & WERSON, P.C.

By: _Donald H. Cram_
Donald H. Cram
Attorneys for Defendants
Ally Financial and Kevin Wrate

Dated: December 17, 2013     ISAACS CLOUSE CROSE & OXFORD LLP

By: _Gregory R. Oxford_
Gregory R. Oxford
Attorneys for Defendants
Randy Parker and James Gentry

1 **ORDER**

2  PURSUANT TO STIPULATION, IT IS SO ORDERED. The Case Management

3 Conference is continued to _____February 24_____, 2014 at 1:30 p.m.

5 Dated: December 18, 2013                     _____
                                                                                         Judge
                                                    *Judge Thelton E. Henderson*

3

*Stipulation for Continuance of Case Management Conference – Case No. C 13 1362 TEH*